STATE OF MAINE
YORK, ss.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. CV-2012-78
JON -YOR- 6/28/2012

| | |
|---|---|
| JEAN M. HARDY,<br>Of Eliot, Maine, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| And | ) |
| | ) |
| SWEET PEAS, LLC,<br>Of Eliot, Maine, | )   ORDER |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| TIMOTHY H. BOULETTE,<br>Of Portland, Maine, | ) |
| | ) |
| Defendant | ) |

Before this Court is Defendant's Motion to Stay this action until 30 days after a final

judgment in *Littlebrook Airpark Condominium Association v. Sweet Peas LLC, et al.*,

YCSC, CV-11-148. Plaintiffs' counsel joins in this request. After consideration of the

submission by Defendant, the Court concludes that the interests of justice warrant a stay of the

civil case until 30 days <u>after</u> a final judgment in *Littlebrook Airpark Condominium*

*Association v. Sweet Peas LLC, et al.*, YCSC, CV-11-148. This stay may be extended or

modified upon motion of either party.

Date: ___6/28/12___

_____
Justice, Superior Court

1503883

ATTORNEY FOR PLAINTIFF:
NICHOLAS STRATER
STRATER & STRATER PA
PO BOX 69
YORK ME  03909

DEFENDANT PRO SE:
TIMOTHY H BOULETTE
75 PEARL ST SUITE 300
PORTLAND ME  04101